

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00830-CR

Herbert Vince **ARCENEAUX**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4163
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on February 6, 2014. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to March 10, 2014. On March 18, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until April 14, 2014, for a total extension of approximately sixty-five days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by April 14, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court